IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
GERALD S. BLOOMFIELD,           )
                                )
            Plaintiff,          )
                                )
    v.                          )
                                )       1:25-cv-757
RICHMOND COUNTY POLICE DEPT.,   )
                                )
            Defendant.          )
```

## ORDER

On August 28, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

In light of the dismissal of this action, **IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis, (Doc. 4), is **DENIED as MOOT.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 13th day of November, 2025.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
/s/ William L. Osteen, Jr.
United States District Judge